IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HSBC MORTGAGE SERVICES INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 0725 |
| v. | ) ) | Honorable Elaine E. Bucklo |
| AMERICAN PIONEER FINANCIAL SERVICES, INC., a Utah corporation, | ) ) ) | Magistrate Judge Maria Valdez |
| Defendant. | ) ) | |

## MOTION TO AWARD DAMAGES AND ENTER JUDGMENT AGAINST DEFENDANT AMERICAN PIONEER FINANCIAL SERVICES, INC.

Plaintiff HSBC Mortgage Services Inc. ("HSBC"), by its attorneys, respectfully requests the Court to award damages and enter judgment for those damages against Defendant American Pioneer Financial Services, Inc. ("American Pioneer"), which the Court has found to be in default. In support hereof, HSBC states as follows:

### BRIEF BACKGROUND

On February 6, 2007, HSBC filed its Complaint against American Pioneer seeking damages caused by breaches of the Bulk Continuing Loan Purchase Agreement dated July 15, 2005 (the "Loan Purchase Agreement") entered into by and between the parties. American Pioneer was personally served with the Summons and Complaint in this matter on April 26, 2007. American Pioneer failed to file an appearance and answer or otherwise plead to the Complaint. On May 23, 2007, this Court granted HSBC's oral motion to find American Pioneer in default.

On October 11, 2007, HSBC filed its First Amended Complaint seeking damages caused by breaches of the Loan Purchase Agreement and another agreement, the Flow Loan Purchase Agreement ("Flow Loan Agreement") dated July 15, 2005 entered into by and between the

parties. American Pioneer was served with the First Amended Complaint on October 12, 2007. American Pioneer does not have a pending appearance on file in this case, and has not answered or otherwise pleaded in response to the First Amended Complaint, despite service of Summons, and First Amended Complaint.

On November 9, 2007, this Court found American Pioneer in default and set a hearing date for prove-up on November 30, 2007. HSBC hereby files this Motion to establish the damages to which it is entitled in connection with a final judgment against American Pioneer.

## ARGUMENT

I. **HSBC IS ENTITLED TO AN AWARD AGAINST AMERICAN PIONEER OF $542,530.28 FOR DAMAGES CAUSED BY BREACHES OF THE AGREEMENTS (COUNT I).**

On or about July 15, 2005, HSBC and American Pioneer signed and executed two agreements – the Loan Purchase and Flow Loan Agreements. (*See* Am. Compl. at ¶¶ 11, 25; Affidavit of Chris Olliff ("Olliff Affidavit"), a true and correct copy of which is attached hereto as Exhibit A and incorporated herein, at ¶ 2). Pursuant to the terms of both agreements, American Pioneer agreed to sell, from time to time, certain residential mortgage loans to HSBC and HSBC agreed to purchase, from time to time, certain residential mortgage loans from American Pioneer. (*See* Am. Compl. at ¶ 2; Olliff Affidavit at ¶ 3). For each such loan, American Pioneer provided specific and clear representations and warranties to HSBC. (*See* Am. Compl. at ¶ 3; Olliff Affidavit at ¶ 4). If any loan HSBC purchased pursuant to either the Loan Purchase Agreement or Flow Loan Agreement did not conform with such representations and warranties, both agreements required American Pioneer to repurchase such loans from HSBC at a price calculated pursuant to a clear and definite formula set forth in those agreements. (*See Id.*)

On or around March 30, 2006, HSBC requested that American Pioneer repurchase two loans – the Rodriguez Loans. (*See* Am. Compl. at ¶ 44; Olliff Affidavit at ¶ 16). On or about July 10, 2007, HSBC requested that American Pioneer repurchase a third loan – the Conder Loan. (*See* Am. Compl. at ¶ 57; Olliff Affidavit at ¶ 39). American Pioneer has failed to repurchase these three loans and is therefore in breach of the agreements. (*See* Am. Compl. at ¶¶ 45, 59; Olliff Affidavit at ¶¶ 17, 40). As of November 9, 2007, the unpaid amounts owed by American Pioneer under the agreements is $542,530.28. (*See* Olliff Affidavit at ¶¶ 21, 41).

## II. HSBC IS ENTITLED TO RECOVER $21,713.63 IN ATTORNEYS' FEES AND COSTS.

HSBC is entitled to attorneys' fees and costs incurred in enforcing its rights under the Loan Purchase and Flow Loan Agreements. (*See* Am. Compl. at ¶¶ 23, 39; Olliff Affidavit at ¶¶ 12, 33). It is established under Illinois law (which applies in this case) that attorneys' fees and costs are recoverable if allowed by statute or under the terms of an agreement between the parties. *West Lafayette Corp. v. Taft Contracting Co.*, 178 F.3d 840, 842 (7th Cir. 1999). Accordingly, HSBC now sees to recover from American Pioneer the reasonable costs, attorneys' fees and expenses that it incurred in enforcing its rights under the above-referenced agreements. Through November 16, 2007, the total amount of attorneys' fees incurred by HSBC in this matter is $19,813.58; the total amount of costs incurred by HSBC is $1,900.05. The total amount of attorneys' fees and costs incurred by HSBC in this matter, therefore, is $21,713.63, which is reasonable based on the facts and circumstances. (*See* Affidavit of Suzanne M. Scheuing, a true and correct copy of which is attached hereto as Exhibit B and incorporated herein, at ¶¶ 5-8).

## CONCLUSION

WHEREFORE, HSBC respectfully requests this Court to grant this Motion and: (a) award HSBC the damages requested herein; (b) award HSBC the attorneys' fees and costs requested herein; (c) enter final judgment against American Pioneer in those amounts; and (d) grant any other relief that the Court deems proper and just.

Respectfully submitted,

Dated: November 28, 2007　　　　　　　　　　　　　HSBC MORTGAGE SERVICES INC.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Suzanne M. Scheuing
　　　　　　　　　　　　　　　　　　　　　　　　　One of its attorneys

Neal H. Levin (ARDC # 6203156)
Suzanne M. Scheuing (ARDC # 6270563)
Freeborn & Peters LLP
311 S. Wacker Drive
Suite 3000
Chicago, Illinois 60606
(312) 360-6000